FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA  2015 NOV -5  AM 11: 21
TAMPA DIVISION

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

JAMAL SMITH

CASE NO.
8:15-cr- 457- T-23 TGW

18 U.S.C.§§ 922(g)(1), 924(e)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 924(d)- Forfeiture
28 U.S.C. § 2461(c)-Forfeiture
21 U.S.C. § 853-Forfeiture

## INDICTMENT

SEALED

The Grand Jury charges:

## COUNT ONE

On or about September 1, 2015, in the Middle District of Florida, the defendant,

JAMAL SMITH,

having been convicted in any court of crimes punishable by imprisonment for a term

exceeding one year, felony offenses, namely:

a. Sale of Cocaine (3 Counts), Case No. CRC09-06076CFANO, in the Sixth Judicial Circuit Court in and for Pinellas County, Florida, on or about August 26, 2009;

b. Possession of Cocaine (3 Counts), Case No. CRC09-06076CFANO, in the Sixth Judicial Circuit Court in and for Pinellas County, Florida, on or about August 26, 2009;

c. Possession of Cocaine, Case No. CRC 08-24422CFANO, in the Sixth Judicial Circuit Court in and for Pinellas County, Florida, on or about August 26, 2009;

d. Felony Battery, Case No. CRC 04-04455CFANO, in the Sixth


SEALED

Judicial Circuit Court in and for Pinellas County, Florida, on or about January 26, 2006; and

e. Possession of Cocaine, Case No. CRC 05-15328CFANO, in the Sixth Judicial Circuit Court in and for Pinellas County, Florida, on or about January 26, 2006,

did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a

Springfield Arms .45 caliber pistol, SN# US636396.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## COUNT TWO

On or about September 1, 2015, in the Middle District of Florida, the defendant,

JAMAL SMITH,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture

and substance containing a detectable amount of marijuana, a Schedule I controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(D).

## COUNT THREE

On or about September 1, 2015, in the Middle District of Florida, the defendant,

JAMAL SMITH,

did knowingly carry a firearm, to wit: a Springfield Arms .45 caliber pistol, SN#

US636396, during and in relation to, and possess such firearm in furtherance of, a

drug trafficking crime for which he may be prosecuted in a court of the United States,

that is, the possession of marijuana with intent to distribute as alleged in Count Two of

this indictment.

2

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

1.      The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      From his engagement in any or all of the violations alleged in Counts One and Three of the Indictment, the defendant,

JAMAL SMITH,

shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including the Springfield Arms .45 caliber pistol, SN# US636396 and any ammunition it contained.

3.      From his engagement in the violations alleged in Count Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

JAMAL SMITH,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including the including the Springfield Arms .45 caliber pistol, SN# US636396

and any ammunition it contained.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or,

d. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), directly and as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_M. Elise Wilson_
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
MICHAEL V. LEEMAN
Assistant United States Attorney

By: _____
CHRISTOPHER F. MURRAY
Assistant United States Attorney
Chief, Violent Crime and Gangs Section

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

## vs.

## JAMAL SMITH

## INDICTMENT

Violations:    Title 18, United States Code, Sections 922(g)(1) and 924(e)(1)

Title 21, United States Code, Section 841(a)(1)

Title 18, United States Code, Section 924(c)(1)(A)(i)

Title 18, United States Code, Section 924(d) - Forfeiture

Title 28, United States Code, Section 2461(c) - Forfeiture

Title 21, United States Code, Section 853 - Forfeiture

A true bill,

_M. Elise Wilson_
_____
Foreperson

Filed in open court this 5th day of November, 2015.

_____
Clerk

Bail $_____

GPO 863 525