## IMPORTANT NOTICE

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES OF AMERICA

v.                                                        CASE NO. 8:15-cr-457-T-23TGW

JAMAL SMITH

_____/

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

In accord with the United States Magistrate Judge's report and recommendation, to which no timely objection appears, the defendant's plea of guilty to count one of the indictment is **ACCEPTED** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **May 16, 2017**, at **8:30 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on March 23, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO:     Counsel of Record
        U.S. Probation Office
        U.S. Marshal Service
        U.S. Pretrial Service
        Interpreter:  **NO**