UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO. 8:15-cr-457-SDM-TGW

JAMAL SMITH,

_____/

## **ORDER**

On May 16, 2017, Jamal Smith received a 210-month sentence for violating 18 U.S.C. § 922(g).  Smith moves (Doc. 58) for "relief of judgment" and argues that the *Erlinger v. United States*, 602 U.S. 821 (2024), invalidates the 18 U.S.C. § 924 enhancement applied to his sentence.  Because *Erlinger*, a non-retroactive opinion issued in 2024, has no effect on Smith's 2017 sentence (and for other reasons), the motion is **DENIED**.

ORDERED in Tampa, Florida, on July 11, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE